[No. 9009-1-II. Division Two. June 18, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
MICHAEL SHAWN WETHERED, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 85-1-00387-0, John N. Skimas, J., entered July 19, 1985. *Affirmed* by unpublished opinion per Conoley, J. Pro Tem., concurred in by Arnold and Dolliver, JJ. Pro Tem.

[No. 17857-1-I. Division One. June 22, 1987.]

MARTHA E. CATE, *Appellant*, v. JOHN HANNA,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 82-2-15523-3, Robert M. Elston, J., entered January 31, 1986. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Pekelis and Thompson, JJ.

[No. 17150-0-I. Division One. June 22, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
HOWARD LYNN DAVID, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-1-00897-5, Paul D. Hansen, J., entered September 27, 1985. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ringold, A.C.J., and Webster, J.